UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LEONARD SHARP, | ) |
| | ) |
| Plaintiff, | ) Case No. 21-CV-2212 |
| | ) |
| vs. | ) |
| | ) Judge Colin Stirling Bruce |
| CHIEF DOWNEY, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

NOW COMES Defendant, MICHAEL DOWNEY, by his attorneys, MICHAEL W. CONDON and ANDREA M. NIKOLAI of HERVAS, CONDON & BERSANI, P.C., and, pursuant to Federal Rule of Civil Procedure 41(b), move this Court to dismiss Plaintiff's Complaint with prejudice for his failure to comply with the Court's Order and Federal Rules of Civil Procedure regarding discovery deadlines.

1. Plaintiff Leonard Sharp filed a Complaint alleging that he was in an altercation with fellow detainees at the Kankakee County Jail and correctional staff failed to protect him (de # 10).

2. On June 24, 2022, Defendant filed a motion to compel Plaintiff to provide Defendant with (1) his initial Rule 26 Disclosures and (2) to respond to Defendant's interrogatories and request for production of documents (de #19). Defendant also asked the Court to dismiss the Doe Defendants because Plaintiff did not file a motion to substitute the real names of the Doe Defendants by the court-ordered deadline of April 25, 2022, which warranted dismissal of the Doe defendants (de # 17, ¶ 9; de # 19).

3. The Court granted the motion to compel on June 27, 2022, ordering Plaintiff to comply with the outstanding issues by July 11, 2022.

4. Plaintiff has not complied with any part of the Court's order as of this filing nor has Plaintiff reached out to Defendant or filed anything with the Court.

5. Federal Rule of Civil Procedure 41(b) allows for dismissal of the action if the plaintiff fails to comply with a court order or the Federal Rules of Procedure. Fed. R. Civ. P. 41(b).

6. Defendant moves that this Court dismiss Plaintiff's Complaint for his failure to comply with this Court's order and the Federal Rules of Civil Procedure as to deadlines to complete discovery and to disclose Doe Defendants.

7. Defendant prays that this Court dismiss this case and enter judgment in favor of Defendant.

WHEREFORE, Defendant, MICHAEL DOWNEY, respectfully requests that this Court dismiss this case, enter judgment in his favor, and for such further relief this Court deems just.

Respectfully submitted,

**s/ Michael W. Condon**
MICHAEL W. CONDON, ARDC No. 06192071
ANDREA M. NIKOLAI, ARDC No. 06318008
*Attorneys for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mcondon@hcbattorneys.com
anikolai@hcbattorneys.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LEONARD SHARP, | ) |
| *Plaintiff* | ) |
| v. | )  Case No.  21-cv-2212 |
| MICHAEL DOWNEY, | ) |
| *Defendant* | ) |

CERTIFICATE OF SERVICE

I certify that on  7/18/2022 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

_____,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

Leonard Sharp, 159 S. Clinton Ave., Bradley, IL  60915 .

s/Michael W. Condon
*Attorney's signature*

Michael W. Condon, ARDC No. 06192071
*Printed name and bar number*

Hervas, Condon & Bersani, PC
333 Pierce Rd., Suite 195
Itasca, IL 60143
*Address*

mcondon@hcbattorneys.com
*E-mail address*

(630) 773-4774
*Telephone number*

(630) 773-4851
*Fax number*